```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2019
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DOMINIQUE GREEN, on behalf of herself and
Others similarly situated,

                          Plaintiff,         18 **CIVIL** 902 (LTS) (SN)

-against-         **JUDGMENT**

SWEETWORKS CONFECTIONS, LLC,
                          Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated August 21, 2019, Defendant's motion for judgment on the pleadings is denied to the extent that it seeks dismissal of all of Plaintiff's claims for lack of subject matter jurisdiction under CAFA and is granted to the extent that its seeks dismissal of Plaintiff's injunctive relief claim for lack of standing and Plaintiff's remaining causes of action for failure to state a claim; the First amended Class Action Complaint is dismissed; accordingly, this case is closed.

**Dated:** New York, New York
        August 21, 2019

                                                    RUBY J. KRAJICK
                                                    Clerk of Court
                               BY:
                                                      Deputy Clerk

                                          THIS DOCUMENT WAS ENTERED
                                          ON THE DOCKET ON 8/21/2019